Eastern District of Kentucky
**FILED**

JAN 23 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**UNITED STATES OF AMERICA**        **PLAINTIFF**

V.        INDICTMENT NO. 6:25-cr-010-REW
       21 U.S.C. § 846

**KATELYNN NICHOLE BOATRIGHT,**        **DEFENDANT**
   aka **KATIE BOATRIGHT**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

Beginning on or about October 4, 2024, and continuing through December 2, 2024, in Bell County, in the Eastern District of Kentucky, and elsewhere,

**KATELYNN NICHOLE BOATRIGHT,**
aka **KATIE BOATRIGHT,**

did conspire with others to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

A TRUE BILL



_____
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## **PENALTIES**

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**PLUS:**     Mandatory special assessment of $100.

**PLUS:**     Restitution, if applicable.